United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 3, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51404
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

              v.

GUSTAVO SILVA-ESCAMILLA

                    Defendant - Appellant

              ----------------------
        Appeal from the United States District Court for the
                Western District of Texas, El Paso
              ----------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

     IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division for re-sentencing is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until fourteen (14) days from the Court's denial of appellee's motion to vacate and remand is DENIED as moot.

_____

     [1] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.